UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAMJOT SINGH SODHI,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>Respondents. | No. 1:19-cv-00409-SKO (HC)<br><br>**ORDER TRANSFERRING THIS CASE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO**<br><br>**(Doc. 1)** |

Petitioner, Janamjot Singh Sodhi, a federal prisoner detained at the Aurora Contract Detention Facility in Aurora, Colorado, proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges he has been detained in immigration custody for over 24 months.

A habeas action is subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). A state or federal prisoner seeking to challenge his present physical custody within the United States must file the petition in the district of confinement. *Rumsfield v. Padilla*, 542 U.S. 426, 443 (2004). The Aurora Detention Facility is located within the District of Colorado.

1

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the District of Colorado.

IT IS SO ORDERED.

Dated: **April 1, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE